

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2021

No. 04-21-00234-CV

**IN THE INTEREST OF S.J.Z., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01562
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Notification of Late Clerk's Record is hereby NOTED. The clerk's record is deemed filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court